

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AMY COLEMAN, M.D.                                                                                PLAINTIFF

V.                                                                        CIVIL ACTION NO. 3:24-CV-156-DPJ-LGI

MERIDIAN IMAGING, P.A.                                                                          DEFENDANT

## JURY VERDICT

Please answer the following questions:

1. Do you find from a preponderance of the evidence that the Non-Compete Agreement violates Section 1 of the Sherman Act?

   Yes_____          No__X__

2. Do you find from a preponderance of the evidence that the Non-Compete Agreement violates the Mississippi Anti-Trust Statute?

   Yes_____          No__X__

3. Did you find from a preponderance of the evidence that the Non-Compete Agreement violates Mississippi common law?

   Yes_____          No__X__

4. If you answer any of the above questions as "Yes," what amount of damages, if any, do you award to Plaintiff for lost income? This amount should not include any amounts Meridian Imaging proves, by a preponderance of the evidence, that Dr. Coleman failed to mitigate.

   $_____

5.  If you answered Question No. 2 or 3 as "Yes," then what amount of damages, if any, do you award Plaintiff for her mental anxiety, stress, loss of enjoyment of life and inconvenience?

$_____

_____          9/18/2025
Foreperson                              Date