UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**AMY COLEMAN, M.D.**                                                                                       **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO. 3:24-CV-156-DPJ-LGI**

**MERIDIAN IMAGING, P.A.**                                                                          **DEFENDANT**

### FINAL JUDGMENT

From September 15, 2025 to September 18, 2025, the Court held a trial on this matter. With all present in open court and having announced ready, the parties presented evidence before a Jury of seven citizens before finally resting. This matter was then submitted to the Jury upon the Court's instructions and counsel's arguments. The Jury retired, deliberated, and returned a verdict in favor of Defendant Meridian Imaging, P.A. on all claims.

Having received the unanimous verdict of the Jury, the Court finds that Judgment should now be entered.

IT IS HEREBY ORDERED AND ADJUDGED that in accordance with the verdict in this case, judgment on Plaintiff Amy Coleman, M.D.'s federal antitrust claim, state antitrust claim, and state common law claim is hereby entered in favor of Defendant Meridian Imaging, P.A. against Plaintiff Amy Coleman, M.D.  Costs are assessed to the Plaintiff.

SO ORDERED, this the 19th day of September, 2025.

                                                      s/ *Daniel P. Jordan III*
                                                      UNITED STATES DISTRICT JUDGE